**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  April 20, 2012
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Geneva Mattei

_____

Civil Action No. 11-cv-03106-RPM

LORENA OSORIO-RUELAS and                                    Timothy D. Edstrom
IVAN GOMEZ,

      Plaintiffs,

v.

COLORADO DIVISION OF GAMING,                                Skippere S. Spear
COLORADO DIVISION OF GAMING AGENT ROGER SCHNEIDER,
individually and severally,
COLORADO DIVISION OF GAMING AGENT ANTHONY WEBB,
individually and severally,
COLORADO DIVISION OF GAMING RON KAMMERZELL,
COLORADO DIVISION OF GAMING CHIEF OF INVESTIGATIONS LAURA MANNING and
BRONCO BILLY'S CASINO (PIONEER GROUP INC., a Nevada corp.),     Miro Kovacevic

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**3:00 p.m.        Court in session.**

Court's preliminary remarks.

Mr. Edstrom states plaintiff agrees to dismissal of all state defendant's except for defendants Schneider and Webb, individually.

Mr. Edstrom answers questions asked by the Court regarding case facts and claims.

Mr. Spear answers questions asked by the Court.

**ORDERED:   Plaintiff's More Definite Statement with respect to Defendant Webb is due by April 27, 2012.
Defendant Webb and Schneider's answer due May 8, 2012.**

**State Defendants' Motion to Dismiss [5], is granted with respect to all state defendants except for defendants Webb and Schneider, individually.**

**3:10 p.m.        Court in recess.**        Hearing concluded.  Total time: 10 min.