IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03106-RPM

LORENA OSORIO-RUELAS and
IVAN GOMEZ,

 Plaintiffs,

v.

COLORADO DIVISION OF GAMING,
COLORADO DIVISION OF GAMING AGENT ROGER SCHNEIDER, individually and severally,
COLORADO DIVISION OF GAMING AGENT ANTHONY WEBB, individually and severally,
COLORADO DIVISION OF GAMING RON KAMMERZELL,
COLORADO DIVISION OF GAMING CHIEF OF INVESTIGATIONS LAURA MANNING, and
BRONCO BILLY'S CASINO (PIONEER GROUP INC.),

 Defendants.

_____

ORDER ON STATE DEFENDANTS' MOTION TO DISMISS
_____

 Pursuant to the papers filed concerning the motion to dismiss filed by Defendants Colorado Division of Gaming, Roger Schneider, Anthony Webb, Ron Kammerzell, and Laura Manning on January 24, 2012, and the hearing held today, it is

 ORDERED that this civil action is dismissed as to Colorado Division of Gaming, Colorado Division of Gaming Ron Kammerzell, and Colorado Division of Gaming Chief of Investigations Laura Manning and will proceed as to Agent Roger Schneider and Agent Anthony Webb, individually, and the plaintiff will file a more definite statement as to the allegations against Defendant Anthony Webb on or before April 27, 2012, and

Defendants Schneider and Webb will file their answers to the allegations against them, individually, on or before May 8, 2012.

DATED: April 20th, 2012

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge