IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03106-RPM

LORENA OSORIO-RUELAS,

    Plaintiff,

v.

ROGER SCHNEIDER and
ANTHONY WEBB,

    Defendants.

_____

### ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **July 20, 2012, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 12, 2012.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend. It is

    DATED: June 1st, 2012

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior Judge