IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03106-RPM

LORENA OSORIO-RUELAS,

    Plaintiff,

v.

ROGER SCHNEIDER and
ANTHONY WEBB,

    Defendants.

_____

ORDER GRANTING SUMMARY JUDGMENT
_____

    On June 8, 2012, the remaining defendants Roger Schneider and Anthony Webb filed a motion for summary judgment, asserting qualified immunity because of their reasonable belief that they had probable cause to arrest the plaintiff under the Colorado Limited Gaming Act, C.R.S. § 12-47.1-823(1)(c).  The plaintiff responded on June 29, 2012, asserting in a conclusory fashion that there was no probable cause for the arrest. The plaintiff has failed to show factual support for her claims against the defendants and it is therefore

    ORDERED that the defendants' motion for summary judgment is granted and judgment will enter dismissing this civil action.

    DATED:   July 3rd, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge